# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:12CR00255-1 ERW |
| | ) |
| KENDALL N. MOORE, | ) |
| | ) |
| Defendant(s). | ) |

## MEMORANDUM & ORDER

This matter is before the Court on Defendant Kendall Moore's ("Defendant") Motion under Title 18 U.S.C. § 3582(c)(2) to Reduce Sentence [ECF No. 124].

Defendant was sentenced to 95 months with a supervised release term of three years. Her sentencing range at the time of her sentence was 110 to 137 months. Her current sentencing range, under the 2014 United States Sentencing Guidelines Manual, remains 110 to 137 months. Defendant is not eligible for a sentence reduction, because Amendment 782 did not impact her sentence range. *United States v. Harris*, 688 F.3d 950, 952 (8th Cir. 2012); *United States v. McFadden*, 523 F.3d 839 (8th Cir. 2008).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Kendall Moore's ("Defendant") Motion under Title 18 U.S.C. § 3582(c)(2) to Reduce Sentence [ECF No. 124] is **DENIED**.

Dated this 3rd day of August, 2016.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE